Judge Marc Barreca
Chapter 11
Hearing: October 18, 2018 at 9:30 am
Response Date: October 11, 2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In re:<br><br>DISTRIBUTION RESOURCES INC,<br><br>DEBTOR | BK No. 18-13174<br><br>1ST AMENDED MOTION TO SELL ASSETS OF THE ESTATE UNDER 11 U.S.C. § 363(B) WITH NOTICE OF HEARING AND PROOF OF SERVICE |

## 1ST AMENDED MOTION TO SELL ASSETS OF THE ESTATE OUTSIDE THE ORDINARY COURSE OF BUSINESS

Comes now the Debtor, Distribution Resources Inc., by and through its attorney of record, Larry B. Feinstein, and moves the Court as follows:

The Debtor has sent out Notice of intent to sell the major assets of the estate in a liquidation sale that will fund a Liquidating Chapter 11 Plan. The deal has fallen through as the Buyer and the Landlord could not reach an agreement on assuming the Lease for the premises and for then a longer term after expiration with the new buyer.

However, the major client of the Debtor, which warehouses the largest portion of the Debtor's space, is working with the Landlord for a scaled down portion of the building and will continue to warehouse its own merchandise at the location. The Debtor intends to allow the lease to be automatically rejected under Section 365 of the Bankruptcy Code.

Motion to Sell Assets of the Estate    Page 1 of 2    VORTMAN & FEINSTEIN
2033 6TH AVENUE, SUITE 251
SEATTLE, WA 98121
(206) 223-9595
(206) 386-5355 (fax)

Case 18-13174-MLB    Doc 19    Filed 10/10/18    Ent. 10/10/18 12:37:25    Pg. 1 of 5

The client, Western Glove Works, with headquarters at 555 Logan Avenue, Winnipeg MBR3A OS4, Canada, has offered to purchase the attached list of assets from the estate for $56,545. This is at or exceeds the liquidation value of the assets if the assets were to be auctioned off and in the best interest of the estate to maximize their value, and the client is willing to pay a premium market value for the equipment in place rather than purchasing same in the open market.

As with the prior sale, no receivables, cash on hand, deposits, and other liquid assets would be sold as part of any sale of the business; thus, a Chapter 7 liquidating trustee might gross $75,000 from the sale of the base tangible personal property in the estate, this revised sale will generate almost the entire value of the tangible personal property, and still leave the debtor will all of the remaining personal property, cash, accounts, receivables. (See the Balance Sheet attached to the original motion filed herein.) The debtor still intends to file a Liquidating Chapter 11 Plan and will have same filed within 30 days.

The sale herein would be free and clears of any liens, if any, and the proceeds of sale shall be escrowed to fund the Plan and not be used for operations, thus directly benefiting the estate.

Wherefore, the Debtor requests a revised Order authorizing sale. Copies of this Amended Motion have been served/mailed on the attached Mailing Matrix on this day.

Dated this 9th day of October, 2018.

/s/ LARRY B FEINSTEIN
Larry B. Feinstein, WSBA #6074
Attorneys for Debtor

Motion to Sell Assets of the Estate        Page 2 of 2        VORTMAN & FEINSTEIN
2033 6TH AVENUE, SUITE 251
SEATTLE, WA 98121
(206) 223-9595
(206) 386-5355 (fax)

Case 18-13174-MLB    Doc 19    Filed 10/10/18    Ent. 10/10/18 12:37:25    Pg. 2 of 5

Distribution Resources, Inc.

Propose Asset Sale to WGW

| Item | Price |
|---|---|
| 4 -60' runs of motor driven conveyor line | $7200. |
| 10-10' sections of gravity conveyor line | $1500. |
| Mitsubishi electric forklift FB20KT/charger | $10000. |
| Mitsubishi electric pallet jack (2)/charger | $8000. |
| Jungheinrich electric pallet jack (2)/charger | $7000. |
| 5 – pallet jacks | $625. |
| 4 – hand trucks | $270. |
| 11 – desk top computers/monitors | $1375. |
| office furniture and fixtures | TBD |
| 4 – Zebra Z4 label printers | $3400. |
| 3 - HPLaserJet P4015n document printers | $1500. |
| 1 – Ricoh MP4000 copy machine/scanner | $850. |
| 25 - picking carts | $625. |
| 41 – Z bar hanging racks | $2050. |
| Stretch wrap machine | $1500. |
| Pallet floor scale | $650. |
| Mitel VoiP phone/paging system/15 phones | $10000. |
| corrugated boxes, tape, stretch wrap, labels, ribbon | TBD |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-2<br>Case 18-13174-MLB<br>Western District of Washington<br>Seattle<br>Thu Sep 27 15:24:34 PDT 2018 | Distribution Resources, Inc.<br>23001 54th Ave. S.<br>Kent, WA 98032-6443 | Vortman & Feinstein PS<br>929 108th Ave NE, Suite 1200<br>Bellevue, WA 98004-4787 |
| U.S. Bankruptcy Court<br>700 Stewart St, Room 6301<br>Seattle, WA 98101-4441 | A-1 Pallets Inc<br>7752 S. 259th St.<br>Kent, WA 98032-7316 | Allegiance Staffing<br>400 Industry Dr.<br>Seattle, WA 98188-3426 |
| Alliance Packaging<br>1000 SW 43rd St<br>Renton, WA 98057-4832 | CPT Kent<br>KG Invetment Mgmt.<br>11225 SE 6th<br>Bellevue, WA 98004-6477 | CPT Kent Valley Industrial LLC<br>KG Investment Management<br>11225 SE 6th St, #215<br>Bellevue, WA 98004-6477 |
| Cintas Corp.<br>6800 Cintas Blvd<br>Cincinnati, OH 45262 | City of Kent<br>220 4th Ave. S.<br>Kent, WA 98032-5895 | Comcast<br>One Comcast Center<br>1701 John F Kennedy Blvg<br>Philadelphia, PA 19103-2899 |
| Commerce Bank<br>601 Union Street<br>Seattle, WA 98101-2365 | Davis Door Service<br>2021 S Grand st<br>Seattle, WA 98144-4526 | De Lage Landen Financial Servi<br>1111 Old Eagle School Dist.<br>Wayne, PA 19087-1453 |
| Dept of LNI<br>315 5th Ave. S<br>Seattle, WA 98104-2679 | Express Services<br>9701 Boardwalk Blvd<br>Oklahoma City, OK 73162-6029 | FedEx<br>942 S. Shady Grove Rd<br>Memphis, TN 38120-4117 |
| GB Systems Inc.<br>7202 NE 175th St<br>Kenmore, WA 98028-3506 | GBS Systems<br>7202 NE 175th St.<br>Kenmore, WA 98028-3506 | Georgia Pacific Corrugated LLD<br>1203 Fones Rd<br>Olympia, WA 98501-2715 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Long Business Forms<br>7 N. Wenatchee Ave.<br>Wenatchee, WA 98801-2246 |
| Magnum Print solutions<br>5300 4th Ave. S<br>Seattle, WA 98108-2217 | NW Shipping<br>25046 Lake Fenwick Rd<br>Kent, WA 98032-4278 | Paul Prusi<br>2424 NW Hillpine Ct.<br>Bend, OR 97703-6817 |
| Prologis<br>1321 Auburn Way N<br>Auburn, WA 98002-4110 | Puget Sound Energy<br>10885 NE 4th<br>Bellevue, WA 98004-5579 | Pure Water Systems<br>5505 N Cumberland Ave.<br>Ste 3307<br>Chicago, IL 60656-4758 |

| | | |
|---|---|---|
| Regency Washingtin Health<br>1800 9th Ave.<br>Seattle, WA 98101-1358 | Republic Services<br>18500 N Allied Way<br>Phoenix, AZ 85054-3101 | Rouge Motor Freight<br>23001 54th Ave. S<br>Kent, WA 98032-6443 |
| Seko<br>1100 Arlington Heights Rd<br>Ste 600<br>Itasca, IL 60143-3111 | Supply Source<br>120 County Line Rd SW<br>Unit 102<br>Pacific, WA 98047-2123 | ULine<br>12575 Uline Dr.<br>Pleasant Prairie, WI 53158-3686 |
| United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Washington Lift Truck<br>700 S Chicago St<br>Seattle, WA 98108-4394 | Windstream<br>4001 Rodney Pariam Rd.<br>Little Rock, AR 72212-2490 |
| Kathryn Scordato<br>Vortman & Feinstein PS<br>929 108th Ave NE, Ste 1200<br>Bellevue, WA 98004-4787 | Larry B. Feinstein<br>929 108th Ave. N.E.<br>Suite 1200<br>Bellevue, WA 98004-4787 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
915 2nd Ave MS W244
Seattle WA 98174

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)Washington St. Taxing Agencies | End of Label Matrix<br>Mailable recipients   40<br>Bypassed recipients   2<br>Total   42 |